IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIDELITY &AMP; DEPOSIT COMPANY OF MARYLAND, as subrogee and assignee of;<br><br>Plaintiff,<br><br>vs.<br><br>CASEY INDUSTRIAL, INC., SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | 8:12CV70<br><br>**ORDER** |

IT IS ORDERED:

1) The defendant's Motion to Extend Time for All Parties to Serve Expert Reports and to Complete Mediation, (Filing No. 41), is granted, and

    a. Plaintiff's deadline to serve expert reports is extended to May 1, 2013;

    b. Defendants' deadline to serve expert reports is extended to June 1, 2013; and

    c. Plaintiff's deadline to serve rebuttal expert reports is extended to July 1, 2013.

2) The telephonic conference previously set for June 11, 2013 is continued. The status conference will be held before the undersigned magistrate judge on July 16, 2013 at 9:00 a.m. to discuss the status of case progression and the possible referral to mediation or the setting of a settlement conference. Counsel for plaintiff shall place the call.

3) The motion to withdraw Heather L. Stangle as counsel of record on behalf of on behalf of Defendants Casey Industrial, Inc., Safeco Insurance Company of America, (filing no. 42), is granted.

April 3, 2013.

                                                               BY THE COURT:

                                                               *s/ Cheryl R. Zwart*
                                                               United States Magistrate Judge