IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FIDELITY &AMP; DEPOSIT COMPANY
OF MARYLAND, as subrogee and
assignee of;

Plaintiff,

vs.

CASEY INDUSTRIAL, INC.,  SAFECO
INSURANCE COMPANY OF AMERICA,

Defendants.

**8:12CV70**

**MEMORANDUM AND ORDER**

After conferring with the parties,

IT IS ORDERED:

1) The defendants' Motion to Extend Case Deadlines to Accommodate Mediation, (Filing No. 45), is granted in part and denied in part.

2) The parties' discovery in preparation for mediation of this case shall be completed on or before August 1, 2013.

3) The parties shall schedule a mediation to be completed by no later than August 15, 2013.

4) The telephonic conference previously scheduled to be held on July 16, 2013 is continued, and will be held before the undersigned magistrate judge on September 3, 2013 at 9:00 a.m. to discuss the status of the parties' settlement discussions and, if necessary, further progression of this case to trial.  Counsel for plaintiff shall place the call.

5) The trial and pretrial conference are continued pending further order of the court.

May 10, 2013.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge