IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, | ) ) ) | 8:12CV70 |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| CASEY INDUSTRIAL, INC., and SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiff's motion for extension of time (filing 65) is granted, as follows:

    Plaintiff shall have until November 22, 2013, to respond to Defendant Casey's motion for partial summary judgment (filing 63).

    DATED this 4th day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-