IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND,<br><br>   Plaintiff,<br><br>v.<br><br>CASEY INDUSTRIAL, INC., and SAFECO INSURANCE COMPANY OF AMERICA,<br><br>   Defendants. | 8:12CV70<br><br>ORDER |

IT IS ORDERED that Plaintiff's motion for extension of time (filing 67) is granted, as follows:

1. Plaintiff shall have until November 27, 2013, to respond to Defendant Casey's motion for partial summary judgment (filing 63).
2. Defendant shall have until December 13, 2013 to reply.

DATED this 25th day of November, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge