IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, as subrogee and assignee of TOPPS MECHANICAL, INC., | ) ) ) ) | 8:12CV70 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| CASEY INDUSTRIAL, INC., and SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendant Casey's motion for extension of time (filing 73) is granted, and Defendant shall have until December 27, 2013, to file a reply regarding its motion for partial summary judgment (filing 63):

DATED this 16th day of December, 2013.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

-1-