IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIDELITY &AMP; DEPOSIT COMPANY OF MARYLAND, as subrogee and assignee of;<br><br>Plaintiff,<br><br>vs.<br><br>CASEY INDUSTRIAL, INC., SAFECO INSURANCE COMPANY OF AMERICA,<br><br>Defendants. | 8:12CV70<br><br>MEMORANDUM AND ORDER |

A pretrial conference is scheduled in this case for May 13, 2014 and the jury trial is scheduled for May 27, 2014. Defendant's motion for summary judgment is pending. Additionally, Defendant Casey Industrial, Inc.'s Motion to Extend Certain Daubert Deadlines and for Shortened Briefing Schedule, (Filing No. 105).

Accordingly,

IT IS ORDERED:

1) The pretrial conference and jury trial are continued pending further order of the court. Within ten (10) days after the summary judgment ruling, the parties shall contact the undersigned magistrate judge's chambers to re-schedule the pretrial conference and trial.

2) Defendant Casey Industrial, Inc.'s Motion to Extend Certain Daubert Deadlines and for Shortened Briefing Schedule, (Filing No. 105), is granted in part and denied in part. The deadline for submission of Daubert Motions related to the expert testimony of Pearson Management Group, Apprill Resources, LLC, and Demand Construction Services, Inc., up to and including May 5, 2014. Casey Industrial's request

for an expedited briefing schedule is denied as moot due to the continuance of the pretrial conference and trial.

Dated this 11th day of April, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge