IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, | ) ) ) | 8:12CV70 |
| Plaintiff, | ) ) ) | ORDER |
| v. | ) ) | |
| CASEY INDUSTRIAL, INC., and SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that Plaintiff's motion for extension of time (filing 107) is granted, as follows:

    Plaintiff shall have until May 8, 2014, to respond to Defendant Casey's motion for partial summary judgment (filing 102).

    DATED this 23rd day of April, 2014.

                                  BY THE COURT:

                                  *Richard G. Kopf*
                                  Senior United States District Judge