IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, | 8:12CV70 |
| Plaintiff, | |
| v. | ORDER |
| CASEY INDUSTRIAL, INC., and SAFECO INSURANCE COMPANY OF AMERICA, | |
| Defendants. | |

IT IS ORDERED that Plaintiff's second motion for extension of time (filing 109) is granted, as follows:

Plaintiff shall have until May 14, 2014, to respond to Defendant Casey's motion for partial summary judgment (filing 102).

DATED this 8th day of May, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge