IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, | ) ) ) | 8:12CV70 |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| v. | ) ) | |
| CASEY INDUSTRIAL, INC., and SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Defendants. | ) | |

IT IS ORDERED that Defendant Casey's second motion for extension of time (filing 115) is granted, as follows:

Defendant Casey shall have until June 18, 2014, to reply to Plaintiff's opposition to Defendant Casey's motion for partial summary judgment (filing 102).

DATED this 10th day of June, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge