IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, as subrogee and assignee of TOPPS MECHANICAL, INC., | ) ) ) ) | 8:12CV70 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| CASEY INDUSTRIAL, INC., and SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) ) ) | |
| Defendants. | ) | |

    IT IS ORDERED that Defendant Casey's second motion for extension of time (filing 129) is granted, and Defendant shall have until October 24, 2014, to respond to Plaintiff's motion for reconsideration (filing 122):

    DATED this 10th day of October, 2014.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge