IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, as subrogee and assignee of, | ) ) ) | 8:12CV70 |
| Plaintiff, | ) ) | |
| | ) | ORDER |
| V. | ) ) | |
| CASEY INDUSTRIAL, INC., and SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |

    IT IS ORDERED that Plaintiff's motion for extension of time (filing 132) is granted, as follows: Plaintiff shall have until November 17, 2014, to file a reply in support of its motion for reconsideration (filing 122).

    DATED this 4th day of November, 2014.

                             BY THE COURT:

                             s/ Richard G. Kopf
                             Senior United States District Judge