IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| FIDELITY & DEPOSIT COMPANY OF MARYLAND, as subrogee and assignee of TOPPS MECHANICAL, INC., | ) ) ) ) | 8:12CV70 |
| Plaintiff, | ) ) | ORDER |
| v. | ) ) | |
| CASEY INDUSTRIAL, INC., and SAFECO INSURANCE COMPANY OF AMERICA, | ) ) ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED that Plaintiff's second motion for extension of time (filing 134) is granted, as follows: Plaintiff shall have until November 26, 2014, to file a reply in support of its motion for reconsideration (filing 122).

DATED this 19th day of November, 2014.

BY THE COURT:

s/ Richard G. Kopf
Senior United States District Judge

-1-